■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK GUZMAN, Appellant. [995 NYS2d 682]—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Dutchess County (Greller, J.), imposed January 29, 2014, consisting of an indeterminate term of imprisonment of 2 to 6 years, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is modified, as a matter of discretion in the interest of justice, by reducing the amended sentence from an indeterminate term of imprisonment of 2 to 6 years to an indeterminate term of imprisonment of 1⅓ to 4 years.

The amended sentence was excessive to the extent indicated herein (*see generally* Penal Law § 70.00; *People v Suitte*, 90 AD2d 80, 86 [1982]). Eng, P.J., Rivera, Hall, Hinds-Radix and Barros, JJ., concur.